IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIREN LEWIS,

                        Plaintiff,

v.

EXPERIAN, EQUIFAX and TRANSUNION,

                        Defendants.

ORDER

21-cv-746-wmc

      On January 23, 2024, the court ordered plaintiff Siren Lewis to respond to defendant Equifax's discovery requests by February 13, 2024, or risk dismissal of her claim against this defendant for her failure to prosecute it. Dkt. 67. Lewis has responded by suggesting that she did not receive the discovery requests via U.S. mail or notice from the court of such requests. Dkt. 70. She also states that she is not required to respond to emails from defense counsel and claims that counsel did not respond to a settlement offer. It is not clear from this response whether Lewis has had no notice of the requests, or whether she received them via email only and chose to ignore them. If Lewis had notice of the requests via the mail *or* via email, then she was required to respond to them, period. As the court already has cautioned Lewis, she chose to file this lawsuit, so now she is obliged to follow the federal rules of civil procedure that govern how her lawsuit will move forward.

      Because Lewis is proceeding pro se, I will give her one last chance to comply with her discovery obligations: Equifax is to re-serve its discovery requests on Lewis at her Missouri City, Texas address within seven days of this order. *See* dkt. 59. Lewis will have 30 days after receipt of these discovery requests within which to provide Equifax with complete and accurate responses. If Lewis fails to do so, then it is likely that the presiding judge will dismiss her claim against Equifax for her failure to prosecute it.

ORDER

It is ORDERED that:

(1) Defendant Equifax's motion to compel, dkt. 66, is granted;

(2) Defendant Equifax must serve its discovery requests on plaintiff Siren Lewis within seven days of this order and Lewis shall have 30 days to respond upon receipt of the requests.

(3) If Lewis does not timely respond, then her claim against Equifax may be dismissed for her failure to prosecute it.

Entered this 9th day of February, 2024.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge